**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:19-cv-01833 |
| UNIFORMED PROFESSIONAL FIRE FIGHTERS ASSOCIATION OF CONNECTICUT, INC. and INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, LOCAL 825, | ) ) ) ) ) ) ) | |
| Defendants. | ) | December 20, 2019 |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Markel American Insurance Company voluntarily dismisses the Complaint for Declaratory Relief against Defendants Uniformed Professional Fire Fighters Association of Connecticut, Inc. and International Association of Fire Fighters, Local 825, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ Cristin E. Sheehan (CT26207)
Cristin E. Sheehan
Fed. Bar No. CT26207
MORRISON MAHONEY LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone: (860) 616-7638
Fax: (860) 541-4883
Email: csheehan@morrisonmahoney.com

*Counsel for Markel American Insurance Company*